799 P.2d 1354

**In the Matter of a Suspended Member of the State Bar of Arizona, Joseph Carmen ADORNATO, Respondent.**

No. SB–302.

Disc. Comm. No. 84–0952.

Supreme Court of Arizona.

Nov. 14, 1990.

### ORDER OF DISBARMENT NUNC PRO TUNC

Pursuant to the order of this Court dated this 3rd day of October, 1990, granting the State Bar of Arizona's Motion to Issue Order of Disbarment Nunc Pro Tunc,

IT IS ORDERED that JOSEPH CARMEN ADORNATO be and hereby is disbarred from the practice of law in the State of Arizona, nunc pro tunc, effective December 31, 1984.